**GLAZER HAMMOND, PLLC**
114 N. San Francisco St., Ste. 100
Flagstaff, Arizona 86001
Phone (928) 213-5916
Fax   (928) 556-0984

**STEPHEN R. GLAZER**
State Bar No. 019481
steve@glazerhammond.com

Attorney for the Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STATE OF ARIZONA, | 21-04375-MJ-01-PCT-CDB |
| | No. E1027760-761/A106 |
| Plaintiff, | |
| vs. | **MOTION TO MOVE FROM PAGE/LAKE POWELL DOCKET TO FLAGSTAFF DOCKET AND ORDER** |
| DAVID RHODES, | |
| Defendant. | |

COMES NOW Stephen R. Glazer, Attorney for the Defendant, and hereby moves this Honorable Court to order the change location of docket from Page/Lake Powell to Flagstaff. The initial appearance is currently set on October 22, 2021 in Page, Arizona. It is requested setting the initial appearance on November 14, 2021 in Flagstaff. Attorney for the Government, Paul Stearns, has been contacted and has no objection.

1

RESPECTFULLY SUBMITTED this 8 October 2021.

Stephen R. Glazer  012168
Attorney for the Defendant

Original filed with the
Clerk of the Court
this 8 October 2021.

COPY of the foregoing
Delivered this
8 October 2021 to:

Paul Stearns
US Attorney's Office
Flagstaff Office


By Jennifer Hammond

Glazer Hammond, PLLC
114 N. San Francisco St., Ste. 100
Flagstaff AZ 86001
(928) 213-9253

2