**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. 3:21-MJ-04375-CDB |
| Plaintiff, | **ORDER** |
| v. | |
| David Rhodes, | |
| Defendant. | |

Pursuant to the Motion to Terminate Probation, and good cause appearing therefore, it is hereby ordered terminating the probation of the Defendant, David Rhodes, as he has successfully completed the terms of his probation are required by his sentencing on December 2, 2021.

Dated this 9th day of June, 2022.

Camille D. Bibles
United States Magistrate Judge